United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

No. 98-1199
_____

Boyd Lee Critel; Rita Lorraine Critel, *

  *

 Appellants, *

  *

  v. *

  *

Curtis H. Evans, County Judge, York, *

Nebraska; Bryce Bartu, District Judge, *

Seward, Nebraska; Richard D. Sievers, *

Chief Judge, Nebraska Court of *

Appeals; Everett O. Inbody, Judge, *

Nebraska Court of Appeals; *

Wesley C. Mues, Judge, Nebraska *

Court of Appeals; Sharon Cuda, *

Clerk of District Court; Charles * Appeal from the United States

W. Campbell, County Attorney; * District Court for the

Loretta Heiden, County Treasurer; * District of Nebraska

Dean Buller, Chairman County *

Commission and all others; Dale E. * [UNPUBLISHED]

Radcliff, County Sheriff and all others; *

Patricia Bredenkamp, Clerk and *

Register of Deeds; Ann Charlton, *

County Assessor; Kelly M. Thomas, *

Svehla, Barrows & Thomas, York, *

Nebraska; Steve A. Rediger; Randy R. *

Stoll; Rex Charlton; Florance *

Charlton; Lanet S. Asmussen, Clerk *

of Nebraska Supreme Court; Jeannie *

Huff; Randy Campbell; York News- *

Times, Dan D. Collin, Publisher, York, *

Nebraska; Unknown Doe, 1 to 100; *

First National Bank,           *

                                       *

       Appellees.             *

_____

Submitted:  February 5, 1998
Filed:  February 19, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Boyd Lee Critel and Rita Lorraine Critel appeal from a final order of the United States District Court[1] for the District of Nebraska dismissing their complaint with prejudice for failing to comply with Fed. R. Civ. P. 8(a)(2). We have carefully reviewed the entire record, and we summarily affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendation of the Honorable David L. Piester, United States Magistrate Judge for the District of Nebraska.